_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

**MAR 07 2023**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                     DEPUTY

Magistrate Judge S. Kate Vaughan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> ROBERTO ANGEL CHAVEZ, <br><br> Defendant. | CASE NO. MJ23-110 <br><br> COMPLAINT |

BEFORE the Honorable S. Kate Vaughan, United States Magistrate Judge, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Possession of Controlled Substances with Intent to Distribute)

On or about March 7, 2023, in King County, within the Western District of Washington, ROBERTO ANGEL CHAVEZ did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, controlled substances, including: methamphetamine, cocaine, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl)], substances controlled under Title 21, United States Code.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101

The Affiant further alleges that the offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and (C), and Title 18, United States Code, Section 2.

## COUNT 2
### (Unlawful Possession of a Firearm)

On or about March 7, 2023, in King County, within the Western District of Washington, ROBERTO ANGEL CHAVEZ, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.   *Rendering Criminal Assistance in the First Degree*, Count 1, in King County Superior Court for the State of Washington, under case number 03-1-06623-7, on or about September 26, 2003;

ii.  *Possession of Cocaine Base in the Form of Crack Cocaine with the Intent to Distribute*, Count 1, in United States District Court for the Western District of Washington, under case number CR08-372MJP, on or about April 17, 2009; and

iii. *Possession of Cocaine with the Intent to Distribute,* Count 2, in United States District Court for the Western District of Washington, under case number CR08-372MJP, on or about April 17, 2009; and

iv.  *Felon in Possession of a Firearm*, Count 3, in United States District Court for the Western District of Washington, under case number CR08-372MJP, on or about April 17, 2009.

COMPLAINT / CHAVEZ
USAO No. 2023R00062

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock 23 .40 caliber semi-automatic pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

I, Shawna McCann, being first duly sworn on oath, depose and say:

## INTRODUCTION

1. I make this affidavit in support of this Complaint for the person of ROBERTO ANGEL CHAVEZ for the following crimes:

a. Possession of Controlled Substances with the Intent to Distribute, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and (C), and Title 18, United States Code, Section 2; and

b. Unlawful Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

2. The facts contained in this affidavit come from both from my personal observations and knowledge, and from information obtained from other law enforcement officers participating in this investigation. This affidavit is intended to set forth the facts relevant to the determination of probable cause for the requested complaint and does not set forth all my knowledge about this matter.

## AFFIANT BACKGROUND AND EXPERIENCE

3. I am employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been employed with the FBI since September 2017. I am currently assigned to the Seattle Field Division where I am a member of the violent crime, gang, and Transnational Organized Crime – Western Hemisphere squad. In this capacity, I investigate, inter alia, violations of the Controlled Substances Act, Title 21, United States Code, Section 801 et seq., and related offenses. I have received specialized training in the enforcement and investigation of the Controlled Substances Act. I have received over 400 hours of classroom training including, but not limited to, drug

COMPLAINT / CHAVEZ
USAO No. 2023R00062

identification, drug interdiction, money laundering techniques and schemes, smuggling, and the investigation of individuals and/or organizations involved in the illegal possession, possession for sale, sales, importation, smuggling, manufacturing, and trafficking of controlled substances.

4.      In my role as a Special Agent for the FBI, I have participated in narcotics investigations (e.g., heroin, cocaine, fentanyl, and methamphetamine) that have resulted in the arrest of individuals and the seizure of illicit narcotics and/or narcotics-related evidence and the forfeiture of narcotics-related assets. I have been involved in the service of federal and state search warrants as part of these investigations. I have encountered and have become familiar with various tools, methods, trends, paraphernalia, and related articles utilized by various traffickers in their efforts to import, export, conceal, and distribute controlled substances. I am also familiar with the manner in which drug traffickers use telephones, often cellular telephones, to conduct their unlawful operations, and how they code their conversations to disguise their unlawful activities. I am also familiar with the various methods of packaging, delivering, transferring, and laundering drug proceeds. Additionally, through my training and experience, I can identify illegal drugs by sight, odor, and texture.

5.      I have also worked on drug investigations involving the use of court-authorized wiretaps under Title III. In that capacity, I have had the opportunity to monitor, listen to, and review transcripts and line sheets (prepared by linguists) documenting the content of hundreds of intercepted conversations involving the trafficking of cocaine, methamphetamine, heroin, and other narcotics, by persons who used some form of code to attempt to thwart law enforcement detection. I have also interviewed defendants at the time of their arrest and have debriefed, spoken with, and/or interviewed numerous drug dealers or confidential sources (informants) at proffer and field interviews who were experienced in speaking in coded conversation over the

telephone. From these interviews, and also from discussions with other experienced agents, I have gained knowledge regarding the various methods, techniques, codes, and/or jargon used by drug traffickers in the course of their criminal activities, including their use of firearms to protect their narcotics-related activities and of cellular telephones and other electronic means to facilitate communications while avoiding law enforcement scrutiny.

6.    I have written affidavits in support of court-authorized federal warrants and orders in the Western District of Washington for GPS tracking of telephones, Pen Register/Trap and Trace, search warrants, and Title III wiretap orders. Additionally, I have testified in grand jury proceedings, written investigative reports, and conducted and participated in numerous interviews of drug traffickers of various roles within drug organizations, which has provided me with a greater understanding of the methods by which drug trafficking organizations operate.

7.    I am an investigative law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). As such, I am empowered to conduct investigations of, and to make arrests for, violations of the Controlled Substances Act, Title 21, United States Code, Section 801 et seq., and related offenses.

## SUMMARY OF PROBABLE CAUSE

8.    In late December 2022, a confidential source (hereinafter, CS1[1]) advised agents that a Hispanic male going by "Roberto" had a large quantity of blue pills

---

[1] CS1 has been a confidential source with the Seattle Police Department since 2016. CS1 has been a confidential source for the FBI since August of 2018. CS1 had previously been opened as a confidential source for the FBI in fall of 2009 and closed spring of 2010. There was no source reporting or activity during this time, and CS1 was not closed for cause. CS1 became a confidential source after an arrest on drug charges in or around 2016. CS1 was not charged after working for law enforcement. CS1 has since worked as a paid informant. CS1 has provided credible and reliable information, which has been corroborated both during other investigations and during this investigation, including leading to the arrest of several individuals and seizures of large quantities

(referred to as "blues" commonly containing fentanyl), other blue pills packaged for sale as approximately one thousand pills per package (referred to as "boats"), and at least two firearms. CS1 advised that "Roberto" was living in an apartment, later identified as unit 1907[2], at 119 SW 330th Street in Federal Way, Washington (hereinafter, "Subject Residence") and had a van/SUV (later identified as a 2006 silver GMC Envoy bearing Washington license plate CFE2302, hereinafter, "Subject Vehicle"), a Toyota sedan, and an El Camino parked outside the apartment unit. CS1 also advised that "Roberto" contacted CS1 using phone number 206-460-8038 (hereinafter "Target Telephone 1" or "TT1").

---

of drugs and firearms in a separate investigation culminating in 2021. CS1 has felony convictions (all more than seven years ago) for unlawful firearms possession and residential burglary. CS1 also has gross misdemeanor or misdemeanor convictions (all more than seven years ago) for driving violations, making false or misleading statements, attempted identity theft, false reporting an emergency, possession of marijuana, and drug possession. CS1's identity is known to agents; the basis for CS1's knowledge regarding ROBERTO ANGEL CHAVEZ is first-hand knowledge from CS1's conversations directly with ROBERTO ANGEL CHAVEZ and personal observations while meeting directly with ROBERTO ANGEL CHAVEZ; agents believe CS1 is reliable and provides credible information based on several years of building investigations with the assistance of CS1's information, including dozens of arrests, convictions, and drug and firearms seizures based on CS1's information on these prior investigations; and agents corroborated CS1's information regarding ROBERTO ANGEL CHAVEZ as the user of TT1 and as a drug trafficker based on subscriber information, online information, physical surveillance, recovery of pills, and toll analysis of TT1.

[2] The Cove Apartment complex in Federal Way, Washington consists of numerous buildings each containing several, individual apartments. Each of those buildings has its own address. For example, the Subject Residence that ROBERTO ANGEL CHAVEZ resides in has the street address 119 SW 330th Street, whereas the building to the south has the street address 115 SW 330th Street and the building to the east has the street address 111 SW 330th Street. Based on the CS's description of the location of the building within the Cove Apartment complex and the description of the location of ROBERTO ANGEL CHAVEZ's apartment within that particular building, agents were able to narrow the apartment unit that matched CS1's description to a single unit – the Subject Residence, and subsequently observed him enter and leave the Subject Residence on several occasions.

COMPLAINT / CHAVEZ
USAO No. 2023R00062

9.     Agents identified "Roberto" as ROBERTO ANGEL CHAVEZ based on his driver's license photograph compared to a social media photograph provided by CS1, and, through physical surveillance, law enforcement database checks, subscriber information and toll records for TT1, and CashApp information, and corroborated CS1's information regarding ROBERTO ANGEL CHAVEZ likely residing at the Subject Residence and using TT1.

10.     In January 2023, CS1 advised agents that CS1 had met with ROBERTO ANGEL CHAVEZ and was provided suspected fentanyl-laced pills by ROBERTO ANGEL CHAVEZ. CS1 immediately notified agents and turned over the pills to agents. Based on my training and experience and my personal observation of these pills, I believe these pills are consistent with the blue, fentanyl-laced counterfeit M-30 pills currently being distributed in the Seattle area. Due to the suspected presence of fentanyl, the pills were not field tested and will be sent to the DEA lab for further analysis.

11.     Also in January 2023, agents conducted a consensually monitored phone call between CS1 and ROBERTO ANGEL CHAVEZ. This call occurred over TT1 as agents observed CS1 dial 206-460-8038. During this call, which was placed on speakerphone, agents heard a male answer the phone, respond to the name "Berto," and discuss selling, in bulk, hundreds of pills at a quoted price of one dollar per pill. Based on my training and experience, and the training and experience of other agents with whom I work, I know the current going rate in the Seattle area for purchasing fentanyl-laced pills in bulk ranges from approximately ninety cents to three dollars.

12.     On January 23, 2023, the Honorable Michelle L. Peterson issued a search warrant for historical and prospective GPS location data with an integrated Pen Register and Trap and Trace for TT1 used by ROBERTO ANGEL CHAVEZ.

13.     Historical GPS location data for TT1 from November 1, 2022, to January 23, 2023, showed the user of the device (ROBERTO ANGEL CHAVEZ) likely lived in

the area of The Cove Apartments in Federal Way, Washington (apartment complex for the Subject Residence). From January 24, 2023, to February 20, 2023, the prospective GPS location data for TT1 showed that ROBERTO ANGEL CHAVEZ stayed overnight most nights at the Subject Residence. During this time period, agents have not observed the GPS location data for TT1 at any legitimate places of employment or traveling in a pattern indicative of any legitimate employment or work schedule. Agents obtained information from the Washington State Employment Security Department, via subpoena, which showed no reported wages for ROBERTO ANGEL CHAVEZ from January 1, 2020, through December 31, 2022.

14.    From January 25, 2023, to February 16, 2023, agents conducted physical surveillance on ROBERTO ANGEL CHAVEZ with the aid of the GPS location data for TT1. These physical surveillance observations showed: (1) ROBERTO ANGEL CHAVEZ coming and going from the Subject Residence driving the Subject Vehicle, (2) ROBERTO ANGEL CHAVEZ travelling to multiple locations and making quick stops, including at several gas stations, with the GPS location data for TT1 matching his movements, (3) on three separate occasions conducting quick meetings in or at a vehicle with two observed hand-to-hand exchanges, and (4) leaving and/or returning to the Subject Residence driving the Subject Vehicle before and/or after these quick meetings/hand-to-hand exchanges.

15.    On February 14, 2023, at approximately 5:15 a.m., GPS location data for TT1 placed the device in the vicinity of the Subject Residence. At approximately 6:26 a.m., a trained and certified narcotics K9 and handler conducted a sniff on the exterior of the Subject Vehicle while it was parked in the apartment complex parking lot a short distance away from the Subject Residence. At approximately 6:27 a.m., the narcotics K9 alerted on the driver's door seam for the presence of the odor of narcotics. The narcotics

COMPLAINT / CHAVEZ
USAO No. 2023R00062

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101

K9 was trained to detect concealed humans and the odors of marijuana, methamphetamine, ecstasy, cocaine, heroin, and fentanyl.

16. On February 21, 2023, the Honorable Brian A. Tsuchida issued search warrants for the Subject Residence, the Subject Vehicle, and the person of ROBERTO ANGEL CHAVEZ.

17. On March 6, 2023, the Honorable S. Kate Vaughan issued search warrants for the Subject Residence, the Subject Vehicle, and the person of ROBERTO ANGEL CHAVEZ that extended the time period for execution of these search warrants.

18. On March 7, 2023, agents with the FBI, DEA, and Seattle Police Department executed these search warrants at approximately 7:40 a.m. ROBERTO ANGEL CHAVEZ was located fleeing the Subject Residence on foot and was the only occupant located in the Subject Residence. During the search, agents located several items of mail addressed to ROBERTO ANGEL CHAVEZ at the Subject Residence, including an energy bill and leasing documents. Agents also spoke with the apartment complex management during the search who confirmed that ROBERTO ANGEL CHAVEZ was the only person on the lease for the Subject Residence.

19. In the bushes behind the Subject Residence, where ROBERTO ANGEL CHAVEZ attempted to flee and was detained by the Seattle Police Department SWAT team, agents located a loaded Glock 23 .40 caliber semi-automatic pistol bearing serial number MMG921, a bag containing approximately 250 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers (field test positive), a bag containing hundreds of suspected counterfeit M30 fentanyl-laced pills (field test positive), a bag containing approximately an ounce of suspected cocaine (field test positive), two cell phones, and a wallet containing the driver's license of ROBERTO ANGEL CHAVEZ. In the master bedroom of the Subject Residence where the leasing documents were found, agents located additional bags of

suspected counterfeit M30 fentanyl-laced pills (field test positive), a bag containing additional methamphetamine (field test positive), and bags containing a mixture of cocaine and fentanyl powder. In the master bedroom dresser drawer, agents located an unloaded assault-style rifle with no discernable serial number or manufacturer markings with several loaded rifle magazines next to it. Throughout the Subject Residence, agents located U.S. currency in various denominations.

20.     Agents interviewed ROBERTO ANGEL CHAVEZ at the completion of the search of the Subject Residence. ROBERTO ANGEL CHAVEZ was advised he was under federal arrest for narcotics and firearms related charges, was advised of the search warrants for his person, Subject Vehicle, and Subject Residence, and was read his Miranda rights on the FBI Advice of Rights form. ROBERTO ANGEL CHAVEZ stated that he understood his rights, was not under the influence of any substances, and agreed to be interviewed by agents without a lawyer present. ROBERTO ANGEL CHAVEZ stated that he purchased narcotics, including cocaine, counterfeit M30 fentanyl-laced pills, and methamphetamine, for distribution. ROBERTO ANGEL CHAVEZ also stated he purchased the Glock 23 pistol and the assault-style rifle on the street, had possessed the Glock 23 pistol for awhile, and carried the Glock 23 pistol while conducting some drug deals.

21.     Special Agent Catherine Cole, who is a certified Interstate Firearms and Ammunition Nexus Expert at the Bureau of Alcohol, Tobacco, Explosives, and Firearms ("ATF"), and is trained in the recognition of firearms and ammunition, determined that the Glock 23 pistol was not manufactured in the State of Washington and meets the definition of a "firearm" under Title 18, United States Code, Section 921(a)(3).

22.     A review of court records reveals that ROBERTO ANGEL CHAVEZ has been convicted of several crimes punishable by a term of imprisonment exceeding one year. These convictions prohibited him from possessing a firearm. For example, on or

about September 26, 2003, ROBERTO ANGEL CHAVEZ was convicted of the felony offense of Rendering Criminal Assistance in the First Degree, in Count 1, under case number 03-1-06623-7, in King County Superior Court for the State of Washington, and was sentenced to 18 months' imprisonment. Later, on or about April 17, 2009, he was convicted of the felony offenses of Possession of Cocaine Base in the Form of Crack Cocaine, Possession of Cocaine with the Intent to Distribute, and Felon in Possession of a Firearm, in Counts 1, 2, and 3, under case number CR08-372MJP, in United States District Court for the Western District of Washington. ROBERTO ANGEL CHAVEZ was sentenced to 110 months' imprisonment for these three offenses.[3]

## CONCLUSION

23.    Based on the above facts, I respectfully submit that there is probable cause to believe that on March 7, 2023, ROBERTO ANGEL CHAVEZ committed the offenses of Possession of Controlled Substances with the Intent to Distribute, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and (C), and Title 18, United States Code, Section 2 and Unlawful Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

DATED this 7th day of March, 2023.

_____
Shawna McCann, Complainant
FBI Special Agent

---

[3] After serving more than seven years for these three offenses, the Court reduced ROBERTO ANGEL CHAVEZ's sentence to time served at the request of the parties (the order was entered on December 8, 2014, but was not effective until November 1, 2015).

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

S. Kate Vaughan
United States Magistrate Judge

COMPLAINT / CHAVEZ
USAO No. 2023R00062

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101